

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,807-01

### EX PARTE ELMO DEWAYNE FLOWERS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 12-CR-0609-83-1 IN THE 56TH DISTRICT COURT
## FROM GALVESTON COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, a portion of the trial court's findings of fact and conclusions of law is missing from the record.

The district clerk shall either forward to this Court a complete copy of the trial court's

findings of fact and conclusions of law or certify in writing that this document is not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: July 15, 2022
Do not publish